ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JUL 24 AM 11: 37

DEPUTY CLERK

UNITED STATES DISTRICT COURT

PAULA J. KARAS

    Plaintiff

VS

WHOLE FOODS INC.

    Defendant

**3-12CV2489-G**

Complaint

Now comes the plaintiff pro se in the above captioned matter and hereby attests to this United States District Court that the plaintiff United States claims against the defendants is that the defendants violated the plaintiff's United States Amendment Rights under the United States Constitution to have to ingest food that is un pure and adulterated contrary to the United States code standards under the United States Food and Drug Administration. The injunctive relief sought in this case is a motion for trial and the appointment of counsel under the forum and filing of Informa Pauperis.

Signed under the pains and
Penalties of perjury this
day of August 10, 2012

*Paula J Karas*

I Paula J. Karas do solemnly swear that I served a copy of this complaint by U.S. Postal Service via-first class mail on August 10, 2012 to the defendants the Whole Foods Incorporated. Located at 550 Bowie St. Austin, Texas 78703-4644.

August 1, 2012

United States District Court
1100 Commerce St. Rm-1452
Dallas, Texas 75242

ORIGINAL

Dear United States District Court:

Enclosed to you is the civil rights with a calendar certification date of August 10, 2012 against the defendants Whole Foods Incorporated.

Could you please file this case with a calendar certification docketing date of August 10, 2012?

Thank you.

Very truly yours,

Paula J. Karas-Pro se
169 Medway Rd. Apt-9
Milford, MA 01757

3-12CV2489.-G

RECEIVED
JUL 24 2012
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

