ORIGINAL

UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JUL 24 AM 11: 40

DEPUTY CLERK _____

PAULA J. KARAS

    Plaintiff

VS

WHOLE FOODS INC.

    Defendant

Docket #

3-12CV2489-G

### Affidavit of indigence

Now comes the appellant pro se in the above captioned matter and attests to this United States Dsitrict Court that the appellant is indigent and has zero for said assets. (See enclosed wage document evidence from the Social Security Administration.)

Signed under the pains and
Penalties of Perjury this
day of August 10, 2012

*Paula J. Karas*

I Paula J. Karas do solemnly swear that I served a copy of this affidavit by U.S. Postal Service via-first class mail on August 10, 2012 to the defendants the Whole Foods Incorporated. Located at 550 Bowie St. Austin, Texas 78703-4644.

SOCIAL SECURITY ADMINISTRATION



Date: July 16, 2012
Claim Number: 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A
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DI

3-12CV2489-G

PAULA J KARAS
169 MEDWAY ROAD
APT 9
MILFORD MA 01757-2912



You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2011, the full monthly
Social Security benefit before any deductions is......$ 589.00

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 589.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning April 2012, the current
Supplemental Security Income payment is...............$ 129.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-7589. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 2A
> 100 CONCORD STREET
> FRAMINGHAM, MA 01702

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER